UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PAUL J. GARLASCO,　　　　　　　　　　　　　**RULE 7.1 DISCLOSURE**

　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　Civil Action Number: 16-CV-7529
　　　-against-

DANIEL BECKNER, JR. and ACTION CARTING
ENVIRONMENTAL SERVICES, INC. i/s/h/a ACTION
CARTING ENTL SERVICES, INC.,

　　　　　　　Defendant.
------------------------------------------------------------------X

　　　Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **ACTION CARTING ENVIRONMENTAL SERVICES, INC.** certifies upon information and belief:

**ACTION CARTING ENVIRONMENTAL SERVICES, INC. is a privately held Corporation and is not subsidiary or parent of a publicly owned company.**

Dated:　Brooklyn, New York
　　　　March 6, 2017

　　　　　　　　　　Yours etc.,
　　　　　　　　　　THE LAW OFFICES OF LEON R. KOWALSKI
　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　**ACTION CARTING ENVIRONMENTAL SERVICES, INC.**

　　　　　　　　　　By:　_____s/_____
　　　　　　　　　　　　　William N. DeVito
　　　　　　　　　　12 Metrotech Center 28th Floor
　　　　　　　　　　Brooklyn, New York 11201
　　　　　　　　　　(718) 250-1100
　　　　　　　　　　Our File No.: NYNY-29285

TO:

RUSK, WADLIN, HEPNNER & MARTUSCELLO, LLP
Attorneys for Plaintiff
255 Fair Street
PO Box 3356
Kingston, NY 12402
Attention: Daniel Heppner, Esq.