Daniel M. Martuscello
John G. Rusk
Daniel J. Rusk
Pamela D. Rusk
Jason J. Kovacs



**Rusk Wadlin Heppner & Martuscello, LLP**

Trusted Legal Advisers since 1870
——— www.rwhm.com ———

*Of Counsel:*
George Rusk, Jr.
John J. Wadlin
E. Michael Kavanagh
Daniel G. Heppner

*Associates:*
Christine H. Guido
Catherine Stefanik
Melissa Manna-Williams
Adrienne Odierna

255 Fair Street, P.O. Box 3356
Kingston, NY 12402
*Please use P.O. Box for mail*

Office: 845-331-4100
Fax: 845-331-6930

March 15, 2017

Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Garlasco v Beckner et al.
    Case No.: 16-CV-7529

Dear Judge Caproni:

For your convenience, I am enclosing a copy of your Order dated March 8, 2017 concerning the above matter. Please accept this letter as an application by the Plaintiff to seek a dismissal of this action without prejudice. As I indicated in my letter to Judge Fox, the parties have decided to resolve this dispute in New York County Supreme Court. If the Court finds it acceptable, please date and sign this Order and return it to us. Thank you.

Very truly yours,

DANIEL G. HEPPNER, ESQ.
Dgheppner@rwhm.com

DGH:ag

cc: Mr. Paul Garlasco
    William N. Devito, Esq.

SO ORDERED:

_____    _____
Dated                        Honorable Valerie Caproni
                             United States District Judge